**NATIONAL FARMERS' ORGANIZATION, INC., Appellant, National Farmers' Organization Dairy Farmer Class, Appellant,**

**v.**

**ASSOCIATED MILK PRODUCERS, INC., Mid–America Dairymen and Central Milk Producers Cooperative, Appellees.**

**NATIONAL FARMERS' ORGANIZATION, INC., National Farmers' Organization Dairy Farmer Class, Appellant,**

**v.**

**ASSOCIATED MILK PRODUCERS, INC., Mid–America Dairymen and Central Milk Producers Cooperative, Appellees.**

Nos. 87–1046, 87–1047.

United States Court of Appeals, Eighth Circuit.

July 17, 1989.

---

Before McMILLIAN and BEAM,
Circuit Judges, and HEANEY, Senior
Circuit Judge.

ORDER

Pursuant to request of appellant in the
above-entitled matter, footnote 42 on page
1305 of 850 F.2d is amended to read as
follows:

[42]According to our calculations, rejection of NFO's post relief damages reduces its allowable damage claim by some $364,618.